IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL FORREST,

    Plaintiff

    CIVIL NO. 3:CV-14-0934

v.

    (Judge Caputo)

MICHAEL OVERMEYER, *et al.*,

    Defendants

### O R D E R

AND NOW, this 17th day of JUNE, 2014, upon review of the Complaint under 28 U.S.C. ¶ 1915(e)(2)(B)(ii), it is ordered that:

1. Plaintiff is granted twenty-one (21) days to file an amended complaint. If Plaintiff fails to file an amended complaint, this action will be dismissed without prejudice for failure to comply with Fed. R. Civ. P. 8 and 20.

2. The amended complaint must be complete in all respects and must be a new pleading which stands by itself as an adequate complaint, without reference to the complaint or amended complaint already filed.

3. The Clerk of Court is directed to send Plaintiff two (2) copies of this court's form civil-rights complaint which Plaintiff shall use for his amended complaint should he chose to file one.

4. As there is no standing Complaint in this matter, Mr. Forrest's pending motions (Docs. 8 and 10) are dismissed without prejudice as moot.

A. RICHARD CAPUTO
United States District Judge